UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEGGY LEE ROBBINS,<br><br>Defendant. | CASE NO. CR18-0133-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Peggy Lee Robbins' motion to continue trial (Dkt. No. 28). Having considered the unopposed motion, Defendant's waiver of speedy trial (Dkt. No. 27), and the relevant record, the Court FINDS that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for Defendant the reasonable time necessary for effective preparation due to voluminous and continuing discovery, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as Defendant has requested more time to prepare for trial, review discovery, gather evidence material to the defense, and investigate possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of August 6, 2018, and the new trial date of January 14, 2019 is necessary to provide counsel for Defendant the reasonable time necessary to prepare for trial; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS NOW ORDERED that the trial date in this matter shall be continued to January 14, 2019 at 9:30 am, and that pretrial motions shall be filed no later than December 3, 2018.

DATED this 17th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE