THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br>PEGGY LEE ROBBINS,<br><br>                Defendant. | CASE NO. CR18-0133-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's *pro se* request to transfer her supervision to a new district (Dkt. No. 52; *see also* Dkt. No. 56). United States Probation and Probation Services has notified the Court that it has explained the typical process for transferring supervision and jurisdiction to another district to Defendant. Probation and Pretrial Services has further stated that Defendant has refused to cooperate with her probation officers in the transfer process and has not identified an acceptable living situation for her desired relocation areas. The Court notes that this is the latest example of Defendant's unwillingness to cooperate with her probation officers. Defendant's behavior must stop. The Court will not tolerate future refusals to cooperate with Probation and Pretrial Services. Defendant's request to transfer her supervision to a new district (Dkt. No. 52) is DENIED.

//

//

ORDER
CR18-0133-JCC
PAGE - 1

1  DATED this 11th day of July 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE